IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WIMBERLY,<br><br>                              Plaintiff,<br><br>        v.<br><br>J. MARTIN, *et al.*,<br><br>                              Defendants. | NO. CV 21-5494-SVW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report").  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Report.

The court's mail to Plaintiff has been returned by the postal service as undeliverable.  (Dkt. No. 104.)  Plaintiff has not filed a notice of change of address as required by Local Rule 41-6.

IT IS ORDERED as follows:

(1) Defendants' motion for summary judgment is GRANTED; and

(2) Plaintiff's motion for summary judgment is DENIED.

1    IT IS FURTHER ORDERED that judgment be entered dismissing this action

2  with prejudice.[1]

3

4  DATED: _February 18, 2025_

5                                                 STEPHEN V. WILSON

6                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  _____

27    [1]  Although a dismissal for failure to exhaust administrative remedies under the PLRA is without prejudice, the Court accepts the Report's conclusion that Defendants are entitled to summary judgment on the merits.

28