JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WIMBERLY, | NO. CV 21-5494-SVW (AGR) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. MARTIN, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered for Defendants and this action is dismissed with prejudice.

DATED: February 18, 2025

STEPHEN V. WILSON
United States District Judge